United States District Court
For the Western District of Texas
Midland/Odessa Division

| United States of America | MO: 19-CR-00251 |
| V. | |
| Pedro Contreras | MO: 22-CV-00161 |

I affirm under penalty of perjury that I placed this response to my Motion under 28 U.S.C. § 2255 with first class postage prepaid in the prison legal mail system addressed to the Clerk of the U.S. District Court, United States Courthouse, 200 E. Wall Street, Room 222, Midland, Texas 79701 with a copy to Jaime Esparza, U.S. Attorney, 400 W. Illinois, Suite 1200, Midland, Texas 79701 on March 10th, 2023.

Pedro Contreras
Pedro Contreras

FILED
MAR 17 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Honorable Judge Counts,  3/6/23

I recieved the Governments response today to my 2255 motion. Im going to be honest Im still not familiar with the way things work. Im not sure if my response is needed and if so, how soon. I've read everything and Im not exactly sure if I still have a chance to speak and voice my reasonings better, or if the motion is officially denied?

Im going to go ahead and respond and tell why I still believe it should be granted. I will be sending a copy of this to Mr. Esparza, United States Attorney, as well as to Mr. Brigman. I will also be keeping a copy for myself, as I have now learned is the best thing to do to prove things I have said and done.

And thats where I would like to start. Mr. Brigman is quoted saying " I visited with defendant several times throughout the time I represented him and her never mentioned anyone else involved. He never mentioned the name Clifford Doyle Wingard to me." I want it to be known that I truly respect Mr. Brigman, he was very kind and respectful the few times he came to see me in Haskell, TX. I remember he even said I was one of his most remorseful and compliant clients.

But as much as I hate to say it, he wasn't as helpful when I think back on it. He never once asked if I was truly guilty or even my story, what I went through. He was straight to the point of "If we're compliant they'll go easy on you." And I completely understand his reasoning, if he assumed I'm guilty, thats the best route. My mother will even tell how I defended him saying he did his best and got me the minimums, but the cost of it, was hiding the truth. Im not saying Mr. Brigman is not telling the truth in his statements, but they aren't correct. He said I never mentioned any of that to him, it's the first time he's "heard" the name. Which if we're getting technical is true and thats why I want to refresh his memory. It was <u>written</u>. I wrote him several pages while at the county jail. I mailed him a very vivid letter telling him what happened to me. What started when I was 17 years old and ended when I was 18. He even came to see me afterwards. It was the week before I was to be sentenced. He never asked for more information, nor did he seem to care about the fact that a dangerous man was still free. All he told

me was: "It's going to look like you're not remorseful and trying to throw blame." and thats verbatum. He told me its too late since I was scheduled to be sentenced in a week and was best left alone. I understand this was where I should've fought for my life and not care about the man in the streets that threatened me and my family or what a professional was telling me, but life isnt so black and white. I was scared and I had a lawyer telling me it wasn't wise. So, what was I to think? I know nothing of the law and trusted his judgement, but when I look back I feel he should've done more. What kind of legal system does America even have if we assume everyone is guilty, and if we don't even bat an eye at the mention of a predator? Regardless of the time frame or me signing a plea, when the truth comes out shouldn't it be pursued? Even now? Three years ago I mentioned that there was more to my case, another man. Today, Im mentioning it again and what? This man is never going to be pursued? Never questioned? How do you think the people would react knowing this? Knowing this

man has never been questioned or looked at? Does this not weigh on anyones minds? The fact that this man could be out there STILL doing these types of things? It definitely weighs on mine. Because I should've spoke up sooner. He ruined mine and the person on my cases lives in a very short period of time. He's had THREE YEARS, FOUR, if you count the year before I was arrested, to ruin more lives. I think about it everyday. One thing I want everyone reading this to understand is this motion, this fight, isn't just for me. It's for the victim on my case and for future ones (though I pray theres none) as well. By future ones I mean Cliffords, if he is still doing this. This motion isn't about "getting me off", from the beginning of the process I had it in my mind that things might just change a little or not at all. One of the reasons listening to Mr. Borigman was so easy was because I am remorseful, everything that happened weighs heavily on me. I was a legal adult, 18, when everything happened. I shouldn't have been scared, I should've stood up for me and the younger guy even though I was scared. I feel so guilty for being scared and

not going to the police BEFORE it happened or even after to at least get the man arrested. Thats why so far I've been able to handle being locked up like this, because the guilt. But its also the guilt that made me want to fight. I hate referring to the younger guy as "victim" because it seems so wrong but Im not sure if I can mention his name. So, from here on I'll refer to him as "N.E." for his initials, if that is also not allowed please let me know for future refrences. This fight is for N.E. and others as well as I have stated before. I want justice for them. How is locking me up true justice if the real monster is still free. Im not sure if anyone ever got to speak with N.E. since he was a minor at the time, but he's an adult now and thats one thing I would suggest doing if possible. I was told he tried taking everything back, if thats true its easy to understand why. One of the reasons I want justice for him, besides the obvious, is I got to know him in what I guess you could call the calm before the storm. We were strangers before this madman brought us to know each other, but we took

what little time we had to talk and get to know each other as much as we could because what Clifford was asking of us was unbearable. We showed each other different music and just talked. I learned just like me that he's "troubled". We both mentioned dealing with anxiety and depression, as well as absent fathers. I think back to all that as well as other private things he's told me he's lived through and my throat constricts. I feel for him, I've cried for him. I wish he could've talked to the court, I wish I TRULY would've, with the truth. If the court were to talk to him today I'm sure he would still say im innocent, because he knows it to be true. How could I text him as another person when I'm right next to him talking? He can even tell you how much I wanted to be away from the situation. Clifford was demanding worse from us. Im not sure if I can or should mention details here, but if you could ask N.E. he will tell you. Clifford wanted more but I couldn't do it, I couldn't hurt N.E. like I was hurting. So I told N.E. it was enough. He was worried about reprocussions, but I told

him I would try to take the blame and took what came my way with that monster. After what we had to do, I just couldn't keep on. I didn't want N.E. to live through what I had to. Whether two parties willing agree to something it can still feel like rape. When another person is forcing you, leaving you no other choice, you may agree together, but its still unbearable. I couldn't let him feel how I felt. If he remembers vividly like I do, and sadly Im sure he does, then he'll tell you all this too.

Im very sorry I go all over the place while trying to explain things. But my whole point is this motion is for more than just me. Its for N.E. and its also for Clifford Doyle Wingard. I want justice for N.E. and myself and I want Clifford to pay for his crimes. I know I was an adult already, I shouldve manned up. But like I said before, life isnt always black and white. People get scared, even grown men. Especially those more vulnerable with mental health issues and not to mention size. Both Judge Counts and Mr. Porigman have seen me in person. As much as I hate to

admit it, Im easy prey. Im 5'5 and around 95 pounds as of now. When I walked into the court room three years ago I was only 87 pounds at 19 years old, even now Im still under 100 pounds and I'll be 23 this month. Im not trying to play victim, but Im easily taken advantage of. Even now, Ive only been in Federal Prison for two years and not even a year in I was physically assaulted because I wouldnt give in to someones sexual demands. Ive learned from my mistakes. I'll let someone kill me before I let them take advantage of me again. Its sad to think something like that could happen often. I was sentenced to 25 years, thats a long time here. And thats really what Im looking to fix, too, after justice is served. I know I messed up by not going to the police right away, thats my fault. I do feel since I was an adult I owe to N.E. to take some blame, but 25 years is extreme. I mean I was ran consecutive, was that necessary? Or essential in any way? Im not judging your judgement, Judge Counts, but Im sure thats at least something in the end that could be looked at.

That gives me 15 years which to be honest I feel is still extreme, but I know I should've spoke up, too. I know I can do any amount of time easily though, if justice is at least served. I can't go no amount of years with this guilt. It's eating me up. So, I please ask these few things of you Judge Counts. Please take into deep consideration everything I've said. Think about the fact that there's still a man, a monster, running free to keep hurting people. As far as I know he hasn't even been investigated. Please have N.E. on your mind, too. He needs justice. If possible, since he's an adult now, I would suggest seeing if he would speak with someone as well. He'll verify everything I've said, and Im sure if he hears I know who did this to us, he'll demand justice as well. Lastly, I would like to see if Mr. Brigmans memory has been refreshed. Because his statements seem to be a factor in me not having a chance. Im not sure if its true but I've been told Attorneys are supposed to keep everything. So, I would hope now that I mentioned my letter that Mr. Brigman can look

to find it. Maybe he's right and I never mentioned the name Clifford Doyle Wingard, but I did write a vivid letter detailing all that happened...

    I want to thank all three of you for your time reading this and I'm sorry if its all over the place. I know nothing of the law, but I'm trying my hardest to find justice and fight for what is essentially my life.

                     With all due respect,

                      Pedro Contreras

*[signature]*

Pedro Contreras 42037-480
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
14 MAR 2023 PM 3 L

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street, Room 2
Midland, TX 79701

RECEIVED
MAR 17 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

LEGAL MAIL
Enclosed:
Total of 11 pages.

79701-520172